UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-cr-00390-MTK |
| v. | **INFORMATION** |
| **JULIE MIKELA WINTERS,** | 18 U.S.C. § 111(a) |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**Assaulting a Federal Officer**
**(18 U.S.C. § 111(a))**

On or about August 20, 2025 in the District of Oregon, defendant **JULIE MIKELA WINTERS**, intentionally and forcibly assaulted AV1, a person designated by 18 U.S.C. § 1114, to wit: a United States Deputy Marshal(s), and AVI was engaged in official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

**COUNT 2**
**Resisting Arrest of Federal Officer(s)**
**(18 U.S.C. § 111(a))**

On or about August 20, 2025 in the District of Oregon, defendant **JULIE MIKELA WINTERS**, intentionally and forcibly resisted arrest of AV1, AV2, AV3 and AV4, person(s)

designated by 18 U.S.C. § 1114, to wit: a United States Deputy Marshal and a District Security Officer, and AV1, AV2, AV3 and AV4 were engaged in official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

Dated: October 1, 2025        Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney


*/s/Lewis S. Burkhart*_____
LEWIS S. BURKHART, OSB #082781
Assistant United States Attorney